IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STORMAN,

    Plaintiff,                                 CIV S-09-2810 KJM PS

    vs.

MICHAEL J. ASTRUE,                     <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

    Defendant.

_____/

           By order filed October 20, 2009, plaintiff was directed to serve documents on the United States Marshal for service of process. There is no indication on the docket that plaintiff has complied with the order. On January 4, 2010, plaintiff filed a document indicating he does not have the money to pay for copies of the complaint to provide to the Marshal. Plaintiff is advised that the in forma pauperis statute does not allow for copies to be made at court expense. If plaintiff wishes to proceed in this action, he must take the appropriate steps to ensure that the complaint is properly served on defendants and must file a document with the court setting forth the steps plaintiff took to ensure proper service. As the case now stands, it appears that plaintiff is not properly prosecuting this action.

/////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days, plaintiff shall show cause why this action should not be dismissed for lack of prosecution.

DATED: February 11, 2010.

                                                                                U.S. MAGISTRATE JUDGE

006
storman.osc