IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STORMAN,

    Plaintiff,                                   CIV S-09-2810 KJM PS

    vs.

MICHAEL J. ASTRUE,                     <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

           On February 11, 2010, plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has responded to that order. Plaintiff contends he has served the complaint on defendant. However, it does not appear that plaintiff has properly effectuated service of summons under Federal Rule of Civil Procedure 4(i). Plaintiff will be granted one final opportunity to serve summons.

           Plaintiff also asserts that this Court should simply order defendant to pay $17,000 to allow plaintiff to attend law school. This action will proceed in an orderly fashion and in the manner provided under the Federal Rules of Civil Procedure. The first step in that process is service of summons. Defendant thereafter will have an opportunity to respond to the complaint and briefing shall proceed as provided in the scheduling order filed October 20, 2009.

1

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file proof of service of summons in compliance with Federal Rule of Civil Procedure 4(i).

DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE

006
storman.eot